# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIANA JELIC** a/k/a **DIANA KULICK,**
Appellant,

v.

**U.S. BANK TRUST, N.A.,** as Trustee for **LSRMF MH MASTER PARTICIPATION TRUST II,**
Appellee.

No. 4D2024-1691

[January 15, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 50-2019-CA-007285-XXXX-MB.

Michael Vater of The Ticktin Law Group, Deerfield Beach, for appellant.

Zachary Ullman of Aldridge | Pite, LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***